# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: MOORE, ROBERT WILLIAM § Case No. 07-72394
       MOORE, WILLMA M § 
        §
Debtor(s) SPAK, WILLMA M §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $112,620.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $306.50 | Claims Discharged Without Payment: $108,048.46 |
| Total Expenses of Administration: $4,513.54 | |

    3) Total gross receipts of $ 8,000.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,180.00 (see **Exhibit 2**), yielded net receipts of $4,820.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $105,300.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,513.54 | 4,513.54 | 4,513.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,250.00 | 36,169.96 | 36,169.96 | 306.50 |
| **TOTAL DISBURSEMENTS** | $213,550.00 | $40,683.50 | $40,683.50 | $4,820.04 |

    4) This case was originally filed under Chapter 7 on October 04, 2007. The case was pending for 60 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2012      By: /s/MEGAN G. HEEG
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert W. Moore | claimed exemption | 8100-002 | 3,180.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,180.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Beneficial/Customer Service | 4110-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial c/o Associated Creditors Exchange | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Franklin Loan Services | 4110-000 | 104,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$105,300.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,205.01 | 1,205.01 | 1,205.01 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 976.25 | 976.25 | 976.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | | 82.28 | 82.28 | 82.28 |
| Burke Costanza & Carberry | 3210-600 | N/A | | 2,200.00 | 2,200.00 | 2,200.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $4,513.54 | $4,513.54 | $4,513.54 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 7100-000 | 1,100.00 | 1,114.11 | 1,114.11 | 9.44 |
| 2 | Recovery Management Systems Corporation | 7100-000 | 6,700.00 | 6,679.51 | 6,679.51 | 56.60 |
| 3 | Recovery Management Systems Corporation | 7100-000 | 2,900.00 | 2,973.01 | 2,973.01 | 25.19 |
| 4 | Chase Bank USA | 7100-000 | 1,400.00 | 1,339.44 | 1,339.44 | 11.35 |
| 5 | Chase Bank USA | 7100-000 | 1,070.00 | 1,086.28 | 1,086.28 | 9.21 |
| 6 | LVNV Funding LLC its successors and assigns as | 7100-000 | 7,500.00 | 7,555.15 | 7,555.15 | 64.02 |
| 7 | LVNV Funding LLC its successors and assigns as | 7100-000 | 5,500.00 | 5,640.88 | 5,640.88 | 47.80 |
| 8 | LVNV Funding LLC its successors and assigns as | 7100-000 | 1,415.00 | 1,343.68 | 1,343.68 | 11.39 |
| 9 | LVNV Funding LLC its successors and assigns as | 7100-000 | 2,950.00 | 2,954.03 | 2,954.03 | 25.03 |
| 10 | LVNV Funding LLC its successors and assigns as | 7100-000 | 2,800.00 | 2,805.92 | 2,805.92 | 23.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Recovery Management Systems Corporation | 7100-000 | 750.00 | 739.10 | 739.10 | 6.26 |
| 12 | Recovery Management Systems Corporation | 7100-000 | 880.00 | 860.56 | 860.56 | 7.29 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 1,100.00 | 1,078.29 | 1,078.29 | 9.14 |
| NOTFILED | Household Bank c/o Atlantic Credit & Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC c/o Atlantic Credit & Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot c/o Capital Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank c/o Managment Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o RAB Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Moore | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank c/o Pentagroup Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank/Ameriquest | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC c/o Attorney John Frye P.C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon/GE Money Bank c/o CBE Group Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank c/o LHR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC c/o Atlantic Credit Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears c/o LTD Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rose Spak | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual c/o Progressive Financial Serv. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Walmart c/o NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bnak/ HSBC c/o People First Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual c/o Alliance One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank c/o Carmel Holdings I LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank HSBC Card Services | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank | 7100-000 | 4,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank c/o LHR Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MidAmerica Bank | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank HSBC Credit Card Services | 7100-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Express Customer Service | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket & Lee | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o Collect Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy c/o Bass & Assoc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Law Office of James A. West | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Law Office of James A. Wesrt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o OSI Collection Serv. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Amoco/Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/Housebank HRS USA | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Amoco/Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o CLC Consumer Serv. Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,250.00 | $36,169.96 | $36,169.96 | $306.50 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-72394  
**Case Name:** MOORE, ROBERT WILLIAM  
MOORE, WILLMA M  
**Period Ending:** 10/05/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/04/07 (f)  
**§341(a) Meeting Date:** 11/09/07  
**Claims Bar Date:** 11/03/08

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 106,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | FURS AND JEWELRY | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | FIREARMS AND HOBBY EQUIPMENT | 120.00 | 0.00 | DA | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS     Possible Inheritance (Debtor exempts $3,180 of this asset) | Unknown | 2,620.00 | | 8,000.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 250.00 | 0.00 | DA | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES | 600.00 | 0.00 | DA | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 Dodge Neon dealer value $500.00 | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | Other personal property (scheduled) | 400.00 | 0.00 | DA | 0.00 | FA |
| 18 | Other personal property (scheduled) | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Other personal property (scheduled) | 500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Other personal property (scheduled) | 600.00 | 0.00 | DA | 0.00 | FA |
| 21 | Other Personal Property (unscheduled)  (u)     Ameriquest Class action | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| 22 | **Assets    Totals** (Excluding unknown values) | **$112,620.00** | **$2,620.00** | | **$8,000.04** | **$0.00** |

Printed: 10/05/2012 03:18 PM    V.13.04

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-72394
**Case Name:** MOORE, ROBERT WILLIAM
MOORE, WILLMA M
**Period Ending:** 10/05/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 10/04/07 (f)
**§341(a) Meeting Date:** 11/09/07
**Claims Bar Date:** 11/03/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 30, 2008      **Current Projected Date Of Final Report (TFR):** February 9, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-72394  
**Case Name:** MOORE, ROBERT WILLIAM  
MOORE, WILLMA M  
**Taxpayer ID #:** **-***9210  
**Period Ending:** 10/05/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                     Printed: 10/05/2012 03:18 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-72394
**Case Name:** MOORE, ROBERT WILLIAM
MOORE, WILLMA M
**Taxpayer ID #:** **-***9210
**Period Ending:** 10/05/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******98-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/05/2012 03:18 PM    V.13.04

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 07-72394 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** MOORE, ROBERT WILLIAM | **Bank Name:** | The Bank of New York Mellon |
| MOORE, WILLMA M | **Account:** | 9200-******98-67 - Checking Account |
| **Taxpayer ID #:** **-***9210 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** 10/05/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/11 | | Estate of Willma Moore | Probate distribution per settlement | | 8,000.00 | | 8,000.00 |
| | {11} | | Debtor's claimed exemption in asset    3,180.00 | 1129-000 | | | 8,000.00 |
| | {11} | | Distribution in settlement per court order    4,820.00 | 1129-000 | | | 8,000.00 |
| 12/29/11 | 1001 | Robert W. Moore | claimed exemption | 8100-002 | | 3,180.00 | 4,820.00 |
| 12/29/11 | 1002 | Burke Costanza & Carberry | attorneys fees pursuant to court Order | 3210-600 | | 2,200.00 | 2,620.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,620.02 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,595.02 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,595.04 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,570.04 |
| 04/10/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $976.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 976.25 | 1,593.79 |
| 04/10/12 | 1004 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $82.28, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 82.28 | 1,511.51 |
| 04/10/12 | 1005 | MEGAN G. HEEG | Dividend paid 100.00% on $1,205.01, Trustee Compensation; Reference: | 2100-000 | | 1,205.01 | 306.50 |
| 04/10/12 | 1006 | Recovery Management Systems Corporation | Dividend paid 0.84% on $1,114.11; Claim# 1; Filed: $1,114.11; Reference: 5408-0100-3295-3198 | 7100-000 | | 9.44 | 297.06 |
| 04/10/12 | 1007 | Recovery Management Systems Corporation | Dividend paid 0.84% on $6,679.51; Claim# 2; Filed: $6,679.51; Reference: 5408-0100-2980-9429 | 7100-000 | | 56.60 | 240.46 |
| 04/10/12 | 1008 | Recovery Management Systems Corporation | Dividend paid 0.84% on $2,973.01; Claim# 3; Filed: $2,973.01; Reference: 5491-0986-1293-2516 | 7100-000 | | 25.19 | 215.27 |
| 04/10/12 | 1009 | Chase Bank USA | Dividend paid 0.84% on $1,339.44; Claim# 4; Filed: $1,339.44; Reference: | 7100-000 | | 11.35 | 203.92 |
| 04/10/12 | 1010 | Chase Bank USA | Dividend paid 0.84% on $1,086.28; Claim# 5; Filed: $1,086.28; Reference: 4227-6510-2927-8305 | 7100-000 | | 9.21 | 194.71 |
| 04/10/12 | 1011 | LVNV Funding LLC its successors and assigns as | Dividend paid 0.84% on $7,555.15; Claim# 6; Filed: $7,555.15; Reference: 4185-8634-6290-5456 | 7100-000 | | 64.02 | 130.69 |
| 04/10/12 | 1012 | LVNV Funding LLC its successors and assigns as | Dividend paid 0.84% on $5,640.88; Claim# 7; Filed: $5,640.88; Reference: 4185-8679-5636-0938 | 7100-000 | | 47.80 | 82.89 |
| 04/10/12 | 1013 | LVNV Funding LLC its successors and assigns as | Dividend paid 0.84% on $1,343.68; Claim# 8; Filed: $1,343.68; Reference: | 7100-000 | | 11.39 | 71.50 |
| | | | Subtotals : | | $8,000.04 | $7,928.54 | |

{} Asset reference(s)    Printed: 10/05/2012 03:18 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-72394 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MOORE, ROBERT WILLIAM | | Bank Name: | The Bank of New York Mellon |
| | MOORE, WILLMA M | | Account: | 9200-******98-67 - Checking Account |
| Taxpayer ID #: | **-***9210 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/05/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 5049-9480-9483-4498 | | | | |
| 04/10/12 | 1014 | LVNV Funding LLC its successors and assigns as | Dividend paid   0.84% on $2,954.03; Claim# 9; Filed: $2,954.03; Reference: Stopped on 08/29/12 | 7100-000 | | 25.03 | 46.47 |
| 04/10/12 | 1015 | LVNV Funding LLC its successors and assigns as | Dividend paid   0.84% on $2,805.92; Claim# 10; Filed: $2,805.92; Reference: 7302824670383275 | 7100-000 | | 23.78 | 22.69 |
| 04/10/12 | 1016 | Recovery Management Systems Corporation | Dividend paid   0.84% on $739.10; Claim# 11; Filed: $739.10; Reference: | 7100-000 | | 6.26 | 16.43 |
| 04/10/12 | 1017 | Recovery Management Systems Corporation | Dividend paid   0.84% on $860.56; Claim# 12; Filed: $860.56; Reference: 6032203483702725 | 7100-000 | | 7.29 | 9.14 |
| 04/10/12 | 1018 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid   0.84% on $1,078.29; Claim# 13; Filed: $1,078.29; Reference: 4888-6031-2417-5605 | 7100-000 | | 9.14 | 0.00 |
| 08/29/12 | 1014 | LVNV Funding LLC its successors and assigns as | Dividend paid   0.84% on $2,954.03; Claim# 9; Filed: $2,954.03; Reference: Stopped: check issued on 04/10/12 | 7100-000 | | -25.03 | 25.03 |
| 08/29/12 | 1019 | LVNV Funding LLC its successors and assigns as | payment on claim | 7100-000 | | 25.03 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 8,000.04 | 8,000.04 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | Subtotal | | 8,000.04 | 8,000.04 | |
| | | Less: Payments to Debtors | | | 3,180.00 | |
| | | NET Receipts / Disbursements | | $8,000.04 | $4,820.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******98-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******98-67 | 8,000.04 | 4,820.04 | 0.00 |
| | $8,000.04 | $4,820.04 | $0.00 |